**Order entered July 13, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-22-00204-CR

**RAFAEL ARTURO DIAZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-80520-2020**

### ORDER

Before the Court is court reporter Kimberly Tinsley's July 10, 2022 request for an extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record due by August 22, 2022.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE